UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

JARROD CLINTON AUSTIN

CASE NO. 3:20-
18 U.S.C. § 924(a)(1)(A)

3:20-cr-120-J-39 PDB

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about August 10, 2019, in the Middle District of Florida, the

defendant,

JARROD CLINTON AUSTIN,

knowingly made a false statement and representation to employees of Shooters of

Jacksonville, Inc., a federally licensed firearms dealer under the provisions of

Chapter 44 of Title 18, United States Code, with respect to information required

by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the

records of Shooters of Jacksonville, Inc., in that the defendant did execute a

Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives

Form 4473, Firearms Transaction Record, to the effect that the defendant was not

subject to a court order restraining the defendant from harassing, stalking, or

threatening an intimate partner, when in truth and fact, the defendant was subject

to a Final Judgment of Injunction for Protection Against Domestic Violence, in

case number 14-DR-1037, in the Circuit Court of the Fourth Judicial Circuit, in and for Nassau County, Florida, on or about June 16, 2015.

In violation of 18 U.S.C. § 924(a)(1)(A).

### COUNT TWO

On or about December 11, 2019, in the Middle District of Florida, the defendant,

### JARROD CLINTON AUSTIN,

knowingly made a false statement and representation to employees of Green Acres Sporting Goods Incorporated, a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Green Acres Sporting Goods Incorporated, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant was not subject to a court order restraining the defendant from harassing, stalking, or threatening an intimate partner, when in truth and fact, the defendant was subject to a Final Judgment of Injunction for Protection Against Domestic Violence, in case number 14-DR-1037, in the

Circuit Court of the Fourth Judicial Circuit, in and for Nassau County, Florida, on or about June 16, 2015.

In violation of 18 U.S.C. § 924(a)(1)(A).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Frank Talbot
Assistant United States Attorney

By: _____
Amanda L. Riedel
Assistant United States Attorney
Deputy Chief, Criminal Division

FORM OBD-34
9/15/20 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Jacksonville Division

### THE UNITED STATES OF AMERICA

vs.

### JARROD CLINTON AUSTIN

### INDICTMENT

Violations: Cts. 1 -2: 18 U.S.C. § 924(a)(1)(A)

A true bill,

_____
Foreperson

Filed in open court this _10th_ day

of September, 2020.

_____
Clerk

Bail   $_____

GPO 863 525